UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON J. DAVIDSON, et al., | No. 2:15-cv-0991-TLN-KJN PS |
| Plaintiffs, | ORDER |
| v. | |
| VERTUS PROPERTIES, INC., et al., | |
| Defendants. | |

On June 18, 2015, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice that any objections to the Findings and Recommendations were to be filed within fourteen days. (ECF No. 5.) No objections were filed.

Accordingly, the Court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed June 18, 2015 (ECF No. 5) are ADOPTED;

2. Defendant "Sacramento District Court" is DISMISSED from this action with prejudice;

3. Plaintiffs' request for a TRO (ECF No. 1 at 4-5) is DENIED;

4. Plaintiffs' "special motion to strike" (ECF No. 3) is DENIED; and

5. Plaintiffs' "motion for immediate injunctive relief" (ECF No. 4) is DENIED as moot.

Dated:  November 13, 2015

Troy L. Nunley
United States District Judge